IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02641-PAB-KLM

CLAREEN C. FIGARO,

    Plaintiff,

v.

SSC THORNTON OPERATING COMPANY, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties **Joint Motion to Vacate Settlement Conference** [Docket No. 16; Filed April 28, 2009] (the "Motion"). The parties inform the Court that they have reached a tentative settlement of the above-captioned matter. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Settlement Conference set for May 1, 2009 at 1:30 p.m. is **vacated**.

    IT IS FURTHER **ORDERED** that the parties shall file a Stipulation of Dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a) on or before **May 29, 2009**.

Dated: April 29, 2009