IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.  08-cv-02641-PAB-KLM

CLAREEN C. FIGARO,

    Plaintiff,

v.

SSC THORNTON OPERATING COMPANY, LLC,
d/b/a Alpine Living Center,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Stipulation for Dismissal with Prejudice [Docket No. 19].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED May 27, 2009.

                                              BY THE COURT:

                                              s/Philip A. Brimmer_____
                                              PHILIP A. BRIMMER
                                              United States District Judge